1 DAYLE ELIESON
United States Attorney
2 District of Nevada

3 KRYSTAL J. ROSSE
Assistant United States Attorney
4 Nevada Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
5 Las Vegas, Nevada 89101
Telephone: 702-388-6336
6 Email: krystal.rosse@usdoj.gov

7 *Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 2:18-cv-01155-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND DISCLAIMER OF INTEREST** |

Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), and Defendant United States Department of Housing and Urban Development ("HUD"), by and through their undersigned counsel, stipulate as follows:

HUD disclaims any and all interest in the subject matter of the instant action, including, but not limited to, the subject real property located at 4200 S. Valley View Blvd. #3096, Las Vegas, Nevada 89103, Assessor's Parcel Number 162-20-111-300 ("Subject Property").

HUD will not object to any relief sought by Plaintiff in this action as long as such relief does not involve damages, attorney's fees, or monetary relief being sought against HUD.

/ / /

1

1 | HUD shall be dismissed from this litigation and is no longer required to participate
2 | herein.
3 | Dated this 20th day of September 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ #9313
JOSEPH A. DRAGON, ESQ.
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DAYLE ELIESON
United States Attorney

*/s/ Krystal J. Rosse*
KRYSTAL J. ROSSE
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

/s/ James C. Mahan
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 24, 2018