Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
cag@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | CASE NO: 2:18-cv-01155-JCM-VCF<br><br><br><br>**STIPULATION AND ORDER DISMISSING JPMORGAN CHASE BANK, N.A. WITH PREJUDICE**<br><br>**AND**<br><br>**DISCLAIMER OF INTEREST** |

Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("**U.S. Bank**"), and Defendant JPMorgan Chase Bank, N.A. ("**Chase**"), by and through their undersigned counsel, stipulate as follows:

Chase disclaims any and all interest in the subject matter of the instant action, including, but not limited to, the subject real property located at 4200 S. Valley View Blvd. #3096, Las Vegas, Nevada 89103, Assessor's Parcel Number 162-20-111-300.

Chase will not object to any relief sought by U.S. Bank in this action as long as such relief does not involve damages, attorney's fees, or monetary relief being sought against Chase.

Chase shall be dismissed from this litigation with prejudice, with each party to bear its own fees and costs, and Chase is no longer required to participate herein.

| SMITH LARSEN & WIXOM | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| *[signature]* | *[signature]* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A | R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Joseph A. Dragon, Esq.<br>Nevada Bar No. 13682<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>Attorneys for Plaintiff<br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2018
2